435 A.2d 268

Commonwealth v. Chatman, Appellant.

 Argued March 20, 1980. Seth Weber, Assistant Public Defender, for appellant; John J. Kevlock, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

LIPEZ, J., concurred in the result.